**Ricky FUQUA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34140.**

Missouri Court of Appeals,
Western District.

Sept. 13, 1983.

Charles W. Gardner, Lee's Summit, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

PER CURIAM:

### ORDER

This is a direct appeal from denial of post-conviction relief pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).